Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| SUCESIÓN MANUEL COSME GARCÍA<br><br>Apelante<br><br>v.<br><br>SUCESIÓN ÁNGEL MANUEL CONCEPCIÓN RÍOS<br><br>Apelados | KLAN202400635 | *Apelación*<br>Procedente del Tribunal de Primera Instancia, Sala Superior de Fajardo<br><br>Sobre:<br>Cumplimiento específico de contrato<br><br>Caso Núm.:<br>NSCI200200572 |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Salgado Schwarz y el Juez Ronda Del Toro.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de septiembre de 2024.

Atendida la *Moción solicitando desistimiento* presentada por la parte apelante, la declaramos con lugar.

En virtud de la Regla 83 (a) del Reglamento del Tribunal de Apelaciones, 4 L.P.R.A. Ap. XXII-B, R. 83 (a), se tiene por desistida y archivada la presente revisión judicial.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
RES2024 _____